**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARISOL DEL CARMEN CANDA MORENO, | No. ED CV 26-747-VBF(E) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS, |
| JOSHUA JOHNSON, ETC., ET AL., | CONCLUSIONS AND RECOMMENDATIONS |
| Respondents. | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered granting the Petition in part, and Respondents are ordered to release Petitioner from custody immediately, subject to the conditions of her prior supervision.

///

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and on counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: April 27, 2026

*Valerie Baker Fairbank*

_____

The Honorable VALERIE BAKER FAIRBANK
Senior UNITED STATES DISTRICT JUDGE

2