JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARISOL DEL CARMEN CANDA MORENO,<br><br>    Petitioner,<br><br>    v.<br><br>JOSHUA JOHNSON, ETC., ET AL.,<br><br>    Respondents. | No. ED CV 26-747-VBF(E)<br><br><br>JUDGMENT |

    IT IS ADJUDGED that the Petition is granted in part and Respondents are ordered to release Petitioner from custody immediately, subject to the conditions of her prior supervision.

Date:  April 27, 2026

*Valerie Baker Fairbank*

_____

The Honorable VALERIE BAKER FAIRBANK
Senior UNITED STATES DISTRICT JUDGE